```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                       "JOHN V USA ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 12/01/90
             Closed: 01/07/00

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (890) Other Statutory Actions
                     Subsistence
             Origin: (1) Original Proceeding
             Demand:
         Filing fee:
           Trial by:
```

Parties of Record:                            Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | JOHN, KATIE | Heather Kendall-Miller<br>Native American Rights Fund<br>420 L Street, Suite 505<br>Anchorage, AK 99501<br>907-276-0680<br>FAX 907-276-2466 |
| PLF 2.1 | CHARLES, DORIS | Heather Kendall-Miller<br>(see above) |
| PLF 3.1 | MENTASTA VILLAGE COUNCIL | Heather Kendall-Miller<br>(see above) |
| PLF 4.1 | ALASKA FEDERATION OF NATIVES | William E. Caldwell<br>POB 60996<br>Fairbanks, AK 99706<br>907-479-5849<br>FAX 907-457-5849 |
| PLF 5.1 | ALASKA, STATE OF | Joanne M. Grace<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5251 |
| PLF 6.1 | PERATROVICH | No counsel found for this party! |
| DEF 1.1 | UNITED STATES OF AMERICA | Dean Dunsmore<br>Environment & Natural Resources<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452<br>FAX 907-271-5827 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                    "JOHN V USA ET AL"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 2.1 | [T] | LUJAN, MANUEL | No counsel found for this party! |
| DEF 2.2 | | NORTON, GALE A. | Dean Dunsmore (see above) |
| DEF 3.1 | [T] | YEUTTER, CLAYTON K. | No counsel found for this party! |
| DEF 3.2 | | VENEMAN, ANNE | Dean Dunsmore (see above) |
| DEF 4.1 | | ROSIER, CARL | Joanne M. Grace (see above) |
| DEF 5.1 | | MADIGAN, EDWARD R. | Dean Dunsmore (see above) |
| DEF 6.1 | | MCVEE, CURT, CHAIRMAN & MEMBER | Dean Dunsmore (see above) |
| DEF 7.1 | | STIEGLITZ, WALTER O. | Dean Dunsmore (see above) |
| DEF 8.1 | | MOREHEAD, JOHN | Dean Dunsmore (see above) |
| DEF 9.1 | | BARTON, MICHAEL | Dean Dunsmore (see above) |
| DEF 10.1 | | SPRANG, EDWARD | Dean Dunsmore (see above) |
| DEF 11.1 | | CESAR, NILES | Dean Dunsmore (see above) |
| DEF 12.1 | [T] | JAMES, AL RUDY | No counsel found for this party! |
| DEF 13.1 | [T] | THLAUGOOYAILTHTHLEE | No counsel found for this party! |
| DEF 14.1 | [T] | JAMES, DIANA | No counsel found for this party! |
| DEF 15.1 | [T] | JAMES, LOREN MURPHY | No counsel found for this party! |
| DEF 16.1 | [T] | DAHKGHAGOOTCH | No counsel found for this party! |
| DEF 17.1 | [T] | JAMES, NORMAN SCOTT | No counsel found for this party! |
| DEF 18.1 | [T] | KAWDAHUNGTH | No counsel found for this party! |
| DEF 19.1 | [T] | JAMES, MONICA | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                    "JOHN V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 20.1 | [T] | JAMES, ANDREW ERIC | No counsel found for this party! |
| DEF 21.1 | [T] | JAMES, CHARLES MURPHY SR. | No counsel found for this party! |
| DEF 22.1 | [T] | KOOGHAITH | No counsel found for this party! |
| DEF 23.1 | [T] | SANDIDGE, SHERRI JEAN | No counsel found for this party! |
| DEF 24.1 | [T] | SANDIDGE, JERRY | No counsel found for this party! |
| DEF 25.1 | [T] | SANDIDGE, BRIAN MURPHY | No counsel found for this party! |
| DEF 26.1 | [T] | SANDIDGE, DALE J. | No counsel found for this party! |
| DEF 27.1 | [T] | SANDIDGE, MICHAEL | No counsel found for this party! |
| DEF 28.1 | [T] | JAMES, CHARLES MURPHY JR. | No counsel found for this party! |
| DEF 29.1 | [T] | JAMES, GEORGE SUCKINAW JR. | No counsel found for this party! |
| DEF 30.1 | [T] | WHATSTAW | No counsel found for this party! |
| DEF 31.1 | [T] | JAMES, DENISE | No counsel found for this party! |
| DEF 32.1 | [T] | JAMES, GEORGE S. III | No counsel found for this party! |
| DEF 33.1 | [T] | JAMES, LISA | No counsel found for this party! |
| DEF 34.1 | [T] | JAMES, DAVID | No counsel found for this party! |
| DEF 35.1 | [T] | JAMES, BRIAN | No counsel found for this party! |
| DEF 36.1 | [T] | JAMES, GARY | No counsel found for this party! |
| DEF 37.1 | [T] | JAMES, FRED | No counsel found for this party! |
| DEF 38.1 | [T] | JAMES, BENJAMIN SR. | No counsel found for this party! |
| DEF 39.1 | [T] | YUNCHKWADAY | No counsel found for this party! |
| DEF 40.1 | [T] | JAMES, FRANKLIN HARVEY "ONGI" SR. | No counsel found for this party! |
| DEF 41.1 | [T] | JAMES, MARGE | No counsel found for this party! |
| DEF 42.1 | [T] | JAMES, FRANKLIN HARVEY JR. | No counsel found for this party! |
| DEF 43.1 | [T] | JAMES, CINDY | No counsel found for this party! |
| DEF 44.1 | [T] | JAMES, AMANDA | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 45.1 | [T] | JAMES, NICHOLAS | No counsel found for this party! |
| DEF 46.1 | [T] | JAMES, TRISTAN | No counsel found for this party! |
| DEF 47.1 | [T] | THARP, COLLEEN | No counsel found for this party! |
| DEF 48.1 | [T] | THARP, COLIN | No counsel found for this party! |
| DEF 49.1 | [T] | CALLAHAN, KEVIN RICHARD | No counsel found for this party! |
| DEF 50.1 | [T] | CALLAHAN, CHRISTINE MARI | No counsel found for this party! |
| DEF 51.1 | [T] | CALLAHAN, NATASHA | No counsel found for this party! |
| DEF 52.1 | [T] | BECK, MERRIE | No counsel found for this party! |
| DEF 53.1 | [T] | BECK, MICHAEL | No counsel found for this party! |
| DEF 54.1 | [T] | JAMES, EMBERT F. | No counsel found for this party! |
| DEF 55.1 | [T] | JAMES, BONNIE | No counsel found for this party! |
| DEF 56.1 | [T] | JAMES, CARRIE LYNN | No counsel found for this party! |
| DEF 57.1 | [T] | JAMES, ROBERT | No counsel found for this party! |
| DEF 58.1 | [T] | JAMES, LEO | No counsel found for this party! |
| DEF 59.1 | [T] | JAMES, TINA | No counsel found for this party! |
| DEF 60.1 | [T] | JAMES, JESSE | No counsel found for this party! |
| DEF 61.1 | [T] | JAMES, DARREL D. | No counsel found for this party! |
| DEF 62.1 | [T] | NEXT FRIEND FOR: 4 CHILDREN & GRANDCHILDREN | No counsel found for this party! |
| DEF 63.1 | [T] | MILES, GEORGEANNE | No counsel found for this party! |
| DEF 64.1 | [T] | MILES, EARL | No counsel found for this party! |
| DEF 65.1 | [T] | MILES, EARL JR. | No counsel found for this party! |
| DEF 66.1 | [T] | MILES, ERIC | No counsel found for this party! |
| DEF 67.1 | [T] | JAMES, HENRY | No counsel found for this party! |
| DEF 68.1 | [T] | JAMES, CHERYL | No counsel found for this party! |
| DEF 69.1 | [T] | BELONOVITCH, ROBERTA LYNN | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                    "JOHN V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 70.1 | [T] | BELONOVITCH, JASON | No counsel found for this party! |
| DEF 71.1 | [T] | BELONOVITCH, SONNY | No counsel found for this party! |
| DEF 72.1 | [T] | DAVIS, PATRICA | No counsel found for this party! |
| DEF 73.1 | [T] | NEXT FRIEND FOR: | No counsel found for this party! |
| DEF 74.1 | [T] | 2 DAUGHTERS | No counsel found for this party! |
| DEF 75.1 | [T] | PETERSON, MARGARET | No counsel found for this party! |
| DEF 76.1 | [T] | KI | No counsel found for this party! |
| DEF 77.1 | [T] | PETERSON, LEROY | No counsel found for this party! |
| DEF 78.1 | [T] | PETERSON, SHERRIE LEE | No counsel found for this party! |
| DEF 79.1 | [T] | KEYS, BARBARA JEAN | No counsel found for this party! |
| DEF 80.1 | [T] | KEYS, TERRY LEE | No counsel found for this party! |
| DEF 81.1 | [T] | KEYS, SHAWN CLAUDE | No counsel found for this party! |
| DEF 82.1 | [T] | KEYS, MARGARET JOY | No counsel found for this party! |
| DEF 83.1 | [T] | KEYS, MARK ALAN | No counsel found for this party! |
| DEF 84.1 | [T] | SNYDER, KATHLENE ALICE | No counsel found for this party! |
| DEF 85.1 | [T] | SNYDER, WAYNE MICHAEL | No counsel found for this party! |
| DEF 86.1 | [T] | SNYDER, SKYLA MARIE | No counsel found for this party! |
| DEF 87.1 | [T] | SNYDER, KATRENA ELIZABETH | No counsel found for this party! |
| DEF 88.1 | [T] | PETERSON, STEWART EMERY | No counsel found for this party! |
| DEF 89.1 | [T] | FREUND, TONYA ANN | No counsel found for this party! |
| DEF 90.1 | [T] | PETERSON, LORI ANN | No counsel found for this party! |
| DEF 91.1 | [T] | HANNING, CINDY JEAN | No counsel found for this party! |
| DEF 92.1 | [T] | PETERSON, DONNIE | No counsel found for this party! |
| DEF 93.1 | [T] | PETERSON, RON | No counsel found for this party! |
| DEF 94.1 | [T] | PETERSON, STEVEN | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                    "JOHN V USA ET AL"

        Including terminated parties, excluding terminated counsel
```

```
Parties of Record:                          Counsel of Record:

DEF 95.1       [T] WINSTON, BETSY           No counsel found for this party!
DEF 96.1       [T] KUSHNICK, MATILDA        No counsel found for this party!
DEF 97.1       [T] KUSHNICK, WILLIE         No counsel found for this party!
DEF 98.1       [T] NEXT FRIEND FOR:         No counsel found for this party!
DEF 99.1       [T] KUSHNICK, WILLIAM JR.    No counsel found for this party!
DEF 100.1      [T] MCALPIN, AMELIA          No counsel found for this party!
DEF 101.1      [T] MCALPIN, SAYRES MICHAEL  No counsel found for this party!
DEF 102.1      [T] MCALPIN, RICHARD         No counsel found for this party!
DEF 103.1      [T] MCALPIN, MARTHA          No counsel found for this party!
DEF 104.1      [T] MCALPIN, MICHAELIN       No counsel found for this party!
DEF 105.1      [T] MCALPIN, MICHAEL         No counsel found for this party!
DEF 106.1      [T] MCALPIN, SAYERS          No counsel found for this party!
DEF 107.1      [T] PETERSON, MARIE          No counsel found for this party!
DEF 108.1      [T] PETERSON, DAVID          No counsel found for this party!
DEF 109.1      [T] AMBROSIA, AVA            No counsel found for this party!
DEF 110.1      [T] AMBROSIA, GERARD         No counsel found for this party!
DEF 111.1      [T] AMBROSIA, SHANNON        No counsel found for this party!
DEF 112.1      [T] AMBROSIA, CARLENE        No counsel found for this party!
DEF 113.1      [T] AMBROSIA, CARPA          No counsel found for this party!
DEF 114.1      [T] CHANCEY, DARLENE         No counsel found for this party!
DEF 115.1      [T] CHANCEY, TEASHA          No counsel found for this party!
DEF 116.1      [T] CHANCEY, JASON           No counsel found for this party!
DEF 117.1      [T] FRAZER, YVONNE           No counsel found for this party!
DEF 118.1      [T] FRAZER, MICHAEL          No counsel found for this party!
DEF 119.1      [T] GERLITS, BRENDA          No counsel found for this party!
```

```
┌─────────────────────────────────────────────────────────────────────────┐
│        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA          │
│        CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)       │
│                          "JOHN V USA ET AL"                             │
├─────────────────────────────────────────────────────────────────────────┤
│        Including terminated parties, excluding terminated counsel       │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 120.1 | [T] | GERLITS, MIKE | No counsel found for this party! |
| DEF 121.1 | [T] | GERLITS, DAVID | No counsel found for this party! |
| DEF 122.1 | [T] | GERLITS, JACOB | No counsel found for this party! |
| DEF 123.1 | [T] | GERLITS, BRANDON | No counsel found for this party! |
| DEF 124.1 | [T] | FRAZER, EUGENE | No counsel found for this party! |
| DEF 125.1 | [T] | FRAZER, KELLY | No counsel found for this party! |
| DEF 126.1 | [T] | FRAZER, MICHAEL J. | No counsel found for this party! |
| DEF 127.1 | [T] | NEXT FRIEND FOR: | No counsel found for this party! |
| DEF 128.1 | [T] | DAUGHTER FRAZER | No counsel found for this party! |
| DEF 129.1 | [T] | FRAZER, CHERYL | No counsel found for this party! |
| DEF 130.1 | [T] | FRAZER, ALICIA | No counsel found for this party! |
| DEF 131.1 | [T] | FRAZER, ASHLEY | No counsel found for this party! |
| DEF 132.1 | [T] | FRAZER, JUSTIN | No counsel found for this party! |
| DEF 133.1 | [T] | KENNEDY, MARGARET | No counsel found for this party! |
| DEF 134.1 | [T] | PERATROVICH, ANNA | No counsel found for this party! |
| DEF 135.1 | [T] | VIGIL, TRINA | No counsel found for this party! |
| DEF 136.1 | [T] | VIGIL, STEPHEN | No counsel found for this party! |
| DEF 137.1 | [T] | PERATROVICH, JEARIANN | No counsel found for this party! |
| DEF 138.1 | [T] | SMITH, HENRIETTA | No counsel found for this party! |
| DEF 139.1 | [T] | SMITH, TINA | No counsel found for this party! |
| DEF 140.1 | [T] | SMITH, RICHARD JR. | No counsel found for this party! |
| DEF 141.1 | [T] | SMITH, BONNIE | No counsel found for this party! |
| DEF 142.1 | [T] | ANNISKETTE, DAVID III | No counsel found for this party! |
| DEF 143.1 | [T] | ANNISKETTE, DAVID LEIF | No counsel found for this party! |
| DEF 144.1 | [T] | ANNISKETTE, PHYLLIS | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
              "JOHN V USA ET AL"

     Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 145.1 | [T] | ANNISKETTE, EDWARD | No counsel found for this party! |
| DEF 146.1 | [T] | BJORNSTROM, JESSE | No counsel found for this party! |
| DEF 147.1 | [T] | ANNISKETTE, SHARON | No counsel found for this party! |
| DEF 148.1 | [T] | STADURS, DUANE | No counsel found for this party! |
| DEF 149.1 | [T] | STADURS, TYLENA | No counsel found for this party! |
| DEF 150.1 | [T] | ANNISKETTE, FRED | No counsel found for this party! |
| DEF 151.1 | [T] | ANNISKETTE, PATRICK | No counsel found for this party! |
| DEF 152.1 | [T] | ANNISKETTE, PATRICK JR. | No counsel found for this party! |
| DEF 153.1 | [T] | BJORNSTROM, KAREN | No counsel found for this party! |
| DEF 154.1 | [T] | BJORNSTROM, LEAH | No counsel found for this party! |
| DEF 155.1 | [T] | BJORNSTROM, JANEA | No counsel found for this party! |
| DEF 156.1 | [T] | RUSSELL, MARY ANN | No counsel found for this party! |
| DEF 157.1 | [T] | RUSSELL, MICHAEL JR. | No counsel found for this party! |
| DEF 158.1 | [T] | RUSSELL, MELISSA | No counsel found for this party! |
| DEF 159.1 | [T] | ANNISKETTE, CINDY | No counsel found for this party! |
| DEF 160.1 | [T] | ANNISKETTE, MITCHELL RAY | No counsel found for this party! |
| DEF 161.1 | [T] | COFFELT, ARLENE | No counsel found for this party! |
| DEF 162.1 | [T] | COLGROVE, BURT | No counsel found for this party! |
| DEF 163.1 | [T] | COLGROVE, AARON | No counsel found for this party! |
| DEF 164.1 | [T] | COFFELF, GEORGIE | No counsel found for this party! |
| DEF 165.1 | [T] | COFFELT, AVA | No counsel found for this party! |
| DEF 166.1 | [T] | DOUHITT, DURETTA | No counsel found for this party! |
| DEF 167.1 | [T] | DOUHITT, ROGER | No counsel found for this party! |
| DEF 168.1 | [T] | DOUHITT, SON | No counsel found for this party! |
| DEF 169.1 | [T] | CHARLES, MELVIN SR. | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 170.1 | [T] CHARLES, MELVIN JR. | No counsel found for this party! |
| DEF 171.1 | [T] NEXT FRIEND FOR: | No counsel found for this party! |
| DEF 172.1 | [T] CHARLES, SON JR. | No counsel found for this party! |
| DEF 173.1 | [T] CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 174.1 | [T] CHARLES, DANIEL | No counsel found for this party! |
| DEF 175.1 | [T] CHARLES, MICHAEL | No counsel found for this party! |
| DEF 176.1 | [T] CARVER, LAVINA | No counsel found for this party! |
| DEF 177.1 | [T] HORWATH, PATRICK | No counsel found for this party! |
| DEF 178.1 | [T] HORWATH, STARR | No counsel found for this party! |
| DEF 179.1 | [T] HORWATH, NADINE | No counsel found for this party! |
| DEF 180.1 | [T] SHERWOOD, WALLY | No counsel found for this party! |
| DEF 181.1 | [T] SHERWOOD, CLINT | No counsel found for this party! |
| DEF 182.1 | [T] CHARLES, MARVIN | No counsel found for this party! |
| DEF 183.1 | [T] CHARLES, ANNETTE | No counsel found for this party! |
| DEF 184.1 | [T] CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 185.1 | [T] | No counsel found for this party! |
| DEF 186.1 | [T] CHARLES, SON | No counsel found for this party! |
| DEF 187.1 | [T] CHARLES, MARVIN JR. | No counsel found for this party! |
| DEF 188.1 | [T] CHARLES, MURPHY | No counsel found for this party! |
| DEF 189.1 | [T] CHARLES, ANTHONY | No counsel found for this party! |
| DEF 190.1 | [T] FOX, VIRGINIA | No counsel found for this party! |
| DEF 191.1 | [T] LAUTH, MARGARET ALLEN | No counsel found for this party! |
| DEF 192.1 | [T] LAUTH, BONNIE | No counsel found for this party! |
| DEF 193.1 | [T] LAUTH, DONNA | No counsel found for this party! |
| DEF 194.1 | [T] CHARLES, GARY | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 195.1 | [T] | CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 196.1 | [T] | CHARLES, SON | No counsel found for this party! |
| DEF 197.1 | [T] | CHARLES, TOMMY | No counsel found for this party! |
| DEF 198.1 | [T] | BREW, DONNA | No counsel found for this party! |
| DEF 199.1 | [T] | BREW, RON | No counsel found for this party! |
| DEF 201.1 | [T] | BREW, JEANETTE | No counsel found for this party! |
| DEF 201.2 | [T] | CHARLES, SHARON | No counsel found for this party! |
| DEF 202.1 | [T] | KUSHNICK, WILLIAM | No counsel found for this party! |
| DEF 203.1 | [T] | CHARLES, DESTINY | No counsel found for this party! |
| DEF 204.1 | [T] | CHARLES, GEORGINA | No counsel found for this party! |
| DEF 205.1 | [T] | CHARLES, SUNSHINE | No counsel found for this party! |
| DEF 206.1 | [T] | CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 207.1 | [T] | PLUMLY, LYNN | No counsel found for this party! |
| DEF 208.1 | [T] | PLUMLY, RICHARD | No counsel found for this party! |
| DEF 209.1 | [T] | PESHAY, TILLY | No counsel found for this party! |
| DEF 210.1 | [T] | PESHAY, RUTH | No counsel found for this party! |
| DEF 211.1 | [T] | CHARLES, JAMES | No counsel found for this party! |
| DEF 212.1 | [T] | LEWIS, GERALDINE | No counsel found for this party! |
| DEF 213.1 | [T] | LEWIS, JENNIFER | No counsel found for this party! |
| DEF 214.1 | [T] | LEWIS, CHRISTINE | No counsel found for this party! |
| DEF 215.1 | [T] | LEWIS, KEVIN | No counsel found for this party! |
| DEF 216.1 | [T] | CHARLES, BRUCE | No counsel found for this party! |
| DEF 217.1 | [T] | NEXT FRIEND FOR: | No counsel found for this party! |
| DEF 218.1 | [T] | CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 219.1 | [T] | PITCHFORD, CANDACE | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                    "JOHN V USA ET AL"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 220.1 | [T] | PITCHFORD, JAMELIA | No counsel found for this party! |
| DEF 221.1 | [T] | SUCKINAW, DAVID | No counsel found for this party! |
| DEF 222.1 | [T] | SUCKINAW, RUTH | No counsel found for this party! |
| DEF 223.1 | [T] | SUCKINAW, PATRICK JR. | No counsel found for this party! |
| DEF 224.1 | [T] | SUCKINAW, MICHAEL | No counsel found for this party! |
| DEF 225.1 | [T] | SUCKINAW, HONEY | No counsel found for this party! |
| DEF 226.1 | [T] | SUCKINAW, ROGER | No counsel found for this party! |
| DEF 227.1 | [T] | SUCKINAW, JACQUELINE | No counsel found for this party! |
| DEF 228.1 | [T] | SUCKINAW, RAYMOND | No counsel found for this party! |
| DEF 229.1 | [T] | SUCKINAW, THOMAS JOHN | No counsel found for this party! |
| DEF 230.1 | [T] | SUCKINAW, CHARLIES | No counsel found for this party! |
| DEF 231.1 | [T] | KEENE, HELEN | No counsel found for this party! |
| DEF 232.1 | [T] | KEENE, CHARLIE JR | No counsel found for this party! |
| DEF 233.1 | [T] | KEENE, MELISSA | No counsel found for this party! |
| DEF 234.1 | [T] | KEENE, CECILIA | No counsel found for this party! |
| DEF 235.1 | [T] | KATZEEK, CHARLENE | No counsel found for this party! |
| DEF 236.1 | [T] | KATZEEK, ANNA DIANE | No counsel found for this party! |
| DEF 237.1 | [T] | KEENE, EUGENE RUSSELL | No counsel found for this party! |
| DEF 238.1 | [T] | SUCKINAW, JACKIE | No counsel found for this party! |
| DEF 239.1 | [T] | SOUTH KUIU THLINGIT NATION | No counsel found for this party! |
| AMC 1.1 | [T] | INTERNATIONAL ASSOC OF FISH & WILDLIFE AGENCIES | No counsel found for this party! |
| AMC 2.1 | | CORDOVA DISTRICT FISHERMEN UNITED | Lewis F. Gordon<br>Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501<br>907-276-4331 |
| AMC 3.1 | | PENINSULA MARKETING ASSOC | Michael A.D. Stanley<br>POB 020449<br>Juneau, AK 99802<br>907-586-6077 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| AMC 4.1 | | CONCERNED AREA M FISHERMEN | Michael A.D. Stanley (see above) |
| AMC 5.1 | | ALEUTIANS EAST BOROUGH | Michael A.D. Stanley (see above) |
| AMC 6.1 | | SHUMAGIN CORP | Michael A.D. Stanley (see above) |
| AMC 7.1 | | QAGAN TAYAGUNGIN TRIBAL COUNCIL | Michael A.D. Stanley (see above) |
| AMC 8.1 | | AGDAAGUX TRIBAL COUNCIL | Michael A.D. Stanley (see above) |
| AMC 9.1 | | NELSON LAGOON VILLAGE COUNCIL | Michael A.D. Stanley (see above) |
| AMC 10.1 | | FALSE PASS TRIBAL COUNCIL | Michael A.D. Stanley (see above) |
| AMC 11.1 | [T] | ELIM, NATIVE VILLAGE OF | No counsel found for this party! |
| AMC 12.1 | [T] | NOME ESKIMO COMMUNITY | No counsel found for this party! |
| AMC 13.1 | [T] | KAWERAK INC | No counsel found for this party! |
| AMC 14.1 | [T] | ARCTIC REGIONAL FISH & GAME COUNCIL | No counsel found for this party! |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                                    "JOHN V USA ET AL"
```

For all filing dates

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 12/01/90
             Closed: 01/07/00

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (890) Other Statutory Actions
                     Subsistence
             Origin: (1) Original Proceeding
             Demand:
         Filing fee:
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 211 - 1 | 08/10/94 | Transcript of Hearing re: Pltfs' Motion for Preliminary Injunction, held 06/07/94; ECR Demeter. |
| 212 - 1 | 08/12/94 | Further Status Report DEF 1-3; 5-11 |
| 213 - 1 | 08/30/94 | HRH Minute Order re: status report due by 10-14-94. cc:cnsl. |
| 214 - 1 | 11/01/94 | HRH Minute Order that counsel file future reports in each of the jointly managed cases so each file will be complete. cc cnsl. |
| 215 - 1 | 11/22/94 | ZZZ 1 (E. Smith) Status Report per 10/26/94 order |
| 216 - 1 | 11/29/94 | HRH Minute Order; 11/22/94 status report accepted; further report due w/in 7 days following the expiration of the 60-day public comment period following publication ew "where II" & "selected but not conveyed" issues. cc cnsl. |
| 217 - 1 | 02/28/95 | Stipulation and Order re substitution of cnsl Robert Anderson replace by Heather Kendall. Cy cnsl |
| 218 - 1 | 04/18/95 | DEF 1-3 Status Report re: public comments; suggest further status report be filed around 7/1/95 |
| 219 - 1 | 05/01/95 | HRH Order (Case Status); further status report is due 7/1/95. cc cnsl |
| 220 - 1 | 05/15/95 | Mandate from 9CCA. D.C. REVERSED AND REMANDED. cc: cnsl, Judge Holland. 94-35480, 94-35481. |
| 221 - 1 | 07/03/95 | DEF 1-3; 5-11 Status Report pursuant to court's order (219-1) requesting status conference |
| 222 - 1 | 07/10/95 | Cert cy Mandate from 9CCA re 94-35480 & 94-35481; mandate issued prematurely and being recalled pending disposition for rehearing. cy cnsl, Judge Holland |
| 223 - 1 | 07/19/95 | HRH Minute Order, status conf set Wed., Aug. 16, 1995, at 4:00 p.m.. cc:cnsl |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│                 CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)             │
│                              "JOHN V USA ET AL"                              │
├─────────────────────────────────────────────────────────────────────────────┤
│                             For all filing dates                             │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
Document #   Filed      Docket text
──────────   ────────   ─────────────────────────────────────────────────────

  224 -  1   08/29/95   HRH Order (case status) that gov't file status report by 1-5-96,
                        supplements or responses to status report due 1-12-96.  cc cnsl

  225 -  1   01/05/96   DEF 1-3; 5-11 motion to enlarge time till 2/5/96 to file status rprt
                        pursuant to crt order.

  226 -  1   01/11/96   HRH Order granting motion to enlarge time till 2/5/96 to file status
                        rprt pursuant to crt order (225-1). Cy cnsl

  227 -  1   01/29/96   Fld cert cy Mandate from 9CCA. USDC Judgment REVERSED AND REMANDED. cc:
                        cnsl, Judge Holland.

  228 -  1   02/05/96   DEF 1-3; 5-11 Report to the court

  229 -  1   02/07/96   HRH Order that court's decision of 3-30-96, as set out at pages 21-42,
                        is VACATED; the issue therein discussed shall be deemed controlled by
                        the foregoing decision of the court of appeals; counsel to confer and
                        advise court by 3-7-96 of their views as to how the court should proceed
                        w/this case.  cc cnsl

  230 -  1   02/12/96   PLF 5 Response to Federal Defts' Report

  231 -  1   03/07/96   PLF 1-5 motion (request) for status conference

  232 -  1   03/08/96   DEF 1-4; 6-11 motion for enlargement of time until 3-22-96 to file case
                        status report

  233 -  1   03/12/96   HRH Minute Order granting request for status conference (231-1); CMC to
                        arrange stat conf for date prior to 4/5/96 or after 4/22/96; motion for
                        extension of time to file status report (232-1) moot in light of this
                        order.  cc cnsl

  234 -  1   03/14/96   HRH Minute Order that status conf is set 4:00 p.m. 4/4/96 (chambers).
                        cc cnsl

  235 -  1   04/11/96   HRH Minute Order re stat conf hel in jointly managed cases 4/4/96; it is
                        not required that all parites in all cases be served with all papers
                        filed in any case.  cc cnsl

  236 -  1   05/14/96   DEF 1-3; 5-11 Report to the court

  237 -  1   05/14/96   DEF 1-3; 5-11 Answer to Second Amended Complaint for declaratory and
                        injunctive relief

  238 -  1   06/12/96   Stipulation to a preliminary injunction with respect to the subsistence
                        fishery at Batzulnetas.

  239 -  1   06/14/96   HRH Order granting stip re: preliminary injunction with respect ot the
                        subsistence fishery at Batzulnetas. cc cnsl

  240 -  1   10/23/96   HRH Minute Order that cnsl for govt to provide report on status of
                        proposed subsistence managment regs by 11/7/96.  cc cnsl

  241 -  1   11/07/96   DEF 1-3; 5-11 Report re: in response to order at #240 filed 10/23/96.

  242 -  1   11/14/96   HRH Minute Order that no other action will be taken during FY 1997.  cc
                        cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                                     "JOHN V USA ET AL"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 243 - 1 | 06/19/97 | Stipulation to a preliminary injunction with respect to the subsistence fishery at Bazulnetas. |
| 244 - 1 | 06/24/97 | HRH Order granting stipulation for preliminary injunction re Batzulnetas fishery site. cy cnsl |
| 245 - 1 | 11/17/97 | HRH Order staying case to 7-1-98.  cy cnsl |
| 246 - 1 | 01/22/98 | DEF 1-3; 5-11 (federal defendant's) motion for entry of final judgment dismissing Count III in No. A92-0264 CV w/ att memo & exhs. |
| 247 - 1 | 02/12/98 | HRH Minute Order granting motion for entry of final judgment dismissing Count III in No. A92-0264 CV (246-1).  cc:  cnsl |
| 248 - 1 | 02/13/98 | HRH Judgment that CT III of A92-264CV is dismissed w/prejudice pur R 54(b).  cc:  cnsl, O&J 10303 |
| 249 - 1 | 02/20/98 | PLF 1-5 motion for enlargment of time in which to file a bill of costs and move for an award of attorneys fees in case no. A92-0264 CV. |
| 250 - 1 | 02/27/98 | DEF 1-3; 5-11 non-opposition to PLF 1-5 motion for enlargment of time in which to file a bill of costs and move for an award of attorneys fees in case no. A92-0264 CV. (249-1) |
| 251 - 1 | 03/12/98 | HRH Order granting motion for enlargment of time in which to file a bill of costs to 3/27/98 (249-1).  cc:  cnsl |
| 252 - 1 | 03/24/98 | PLF 1-5; DEF 1-11 Stipulation to ext time til crt enters fnl judg on all cts in A92-264 CV to file a bill of costs & move for an award of attorneys fees in A92-264 CV. |
| 252 - 2 | 03/27/98 | HRH Order approving stip. cc: cnsl |
| 253 - 1 | 06/09/98 | PLF 1-3; 5; DEF 1-3; 5-11 Stipulation to a preliminary injunction w/respect to the subsistence fishery at Batzulnetas. |
| 254 - 1 | 06/10/98 | HRH Order re preliminary injunction w/respect to the subsistence fishery at Batzulnetas. cc: cnsl |
| 255 - 1 | 07/08/98 | HRH Minute Order staying case to 12/1/98 or further order of court. cc: cnsl |
| 256 - 1 | 07/27/98 | PLF 1-5 Notice to court re: change of address for plaintiffs' attorneys. |
| 257 - 1 | 12/09/98 | HRH Minute Order directing cnsl to confer & file status report by 1/15/99.  cc: cnsl |
| 258 - 1 | 01/15/99 | PLF 5 status rpt in response to ord of 12/09/98; parties propose stay continue until 10/01/99. |
| 259 - 1 | 01/25/99 | HRH Minute Order that further proceedings stayed until 10/1/99; injunction to remain in place and State will not object to a mot for atty fees based upon stay. cc: cnsl |
| 260 - 1 | 06/14/99 | PLF 1-3; 5; DEF 1-11 Stipulation to prelim injunction w/respect to the subsistence fishery at Batzulnetas. |

ACRS: R_VDSDX                As of 02/07/06 at 12:26 PM by NON-NET                    Page 3

Case 3:90-cv-00484-HRH   Document 319   Filed 01/03/06   Page 15 of 19

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 261 - | 1 | 06/16/99 | HRH Order granting PI re subsistence fishery at Batzulnetas. cc: cnsl |
| 262 - | 1 | 10/08/99 | HRH Minute Order that status report or stip to dismiss due 11/9/99. cc: cnsl |
| 263 - | 1 | 11/03/99 | PLF 1-5 Joint Unopposed Motion for ext of time of 30 days to respond to ord of 10/08/99 (262-1). |
| 264 - | 1 | 11/05/99 | HRH Order granting ext of time to 12/9/99 to file dismissal or status report. cc: cnsl |
| 265 - | 1 | 12/08/99 | PLF 1-5 Joint Unopposed Motion for ext of time until 12/16/99 to file status rpt. |
| 266 - | 1 | 12/10/99 | HRH Order granting mot for ext of time until 12/16/99 to file dismissal or stat rpt. cc: cnsl |
| 267 - | 1 | 12/16/99 | DEF 1-3; 5-11 Report in Response to Order (266-1). |
| 268 - | 1 | 01/06/00 | HRH Order re: case status; crt readopts all rulings on merits of plfs' claims heretofore made; rulings deemed final; all remaining claims dismissed w/o prejudice as moot; any new case filed by a party to these consolidated cases shall be assigned directly to Judge Holland. cc: cnsl |
| 269 - | 1 | 01/07/00 | HRH Judgment that crt's substantive orders in this case are reaffirmed & are now final as to all parties.  Any issues or claims not heretofore decided by crt are dismissed w/o prejudice as to all parties.  The crt retains jurisdiction of this matter for enforcement of its orders. cc: cnsl, O&J 10793 |
| 270 - | 1 | 01/20/00 | PLF 1-4 motion to modify or amend the judgment to maintain the terms of the 1999 preliminary injunction against the Federal defs through 12/00/00 w/att exh. |
| NOTE - | 2 | 01/26/00 | Notation: appeal fee ($105) paid w/receipt 00111075. |
| 271 - | 1 | 01/26/00 | PLF 5; DEF 4 appeal to 9CCA of (269-1) filed 01/07/00 w/att representation stmt. cc:cnsl, Judge Holland, 9CCA |
| NOTE - | 1 | 01/31/00 | Transmittal: Forwarded notice of appeal (271-1) & CADs stmt to 9CCA. |
| 272 - | 1 | 02/07/00 | DEF 1-3; 5-11 response & non-opposition to PLF 1-4 motion to modify or amend the judgment to maintain the terms of the 1999 preliminary injunction against the Federal defs through 12/00/00 (270-1). |
| 273 - | 1 | 02/07/00 | PLF 5; DEF 4 non-opposition to PLF 1-4 motion to modify or amend the judgment to maintain the terms of the 1999 preliminary injunction against the Federal defs through 12/00/00 (270-1) w/att exh. |
| 274 - | 1 | 02/09/00 | PLF 5; DEF 4 Transcript Designation re: notice of appeal (271-1); no transcripts ordered. |
| 275 - | 1 | 02/11/00 | HRH Order granting motion to modify or amend the judgment  (270-1). cc: cnsl |
| 276 - | 1 | 02/14/00 | HRH amended judgment. cc: cnsl, O&J 10821 |

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)           │
│                            "JOHN V USA ET AL"                           │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                         │
└─────────────────────────────────────────────────────────────────────────┘
```

```
Document #    Filed      Docket text
-----------   --------   ----------------------------------------------------

   277 -  1   02/14/00   Cy 9CCA Certificate of Record. (271-1) cc: cnsl, Judge Holland 9CCA
                         [orig]

   278 -  1   02/23/00   PLF 4 mot to withdraw H. Kendall-Miller & substitute counsel W. Caldwell
                         for intervenor Alaska Federation of Natives (plf 4).

   279 -  1   02/23/00   PLF 4 Attorney Appearance of W. Caldwell.

   278 -  2   02/24/00   Order granting "stip" for attorney substitution.  cc: cnsl, W. Caldwell

   280 -  1   02/24/00   PLF 1-3 Unopposed Motion for extension of time until 4/30/00 to file
                         plf's application for award of costs & atty fees.

   281 -  1   02/25/00   HRH Order granting plfs' unoppo mot for ext of time to 4/30/00 to file
                         bill of costs and atty fees. cc: cnsl

   282 -  1   05/01/00   PLF 1-5 motion (application) for award of costs & attorneys' fees w/att
                         memo, declaration, & exhs.

   283 -  1   05/02/00   PLF 1-5 Notice of filing orig ff of R. Anderson re: PLF 1-5 motion
                         (application) for award of costs & attorneys' fees (282-1) w/att exh
                         (aff of Anderson).

   284 -  1   05/18/00   DEF 1-3; 5-11 motion for enlargement of time to file response to
                         plaintiff's application for award of costs & atty fees until 7/13/00.

   285 -  1   05/19/00   PLF 5; DEF 4 motion for a stay of the application for attorneys' fees or
                         in the alternative for an extension of time of 45 days.

   286 -  1   06/13/00   HRH Order denying motion (application) for award of costs & attorneys'
                         fees (282-1) with leave to renew within 14 days following the filing of
                         mandate/jmt of the 9CCA deciding the State's appeal; granting motion for
                         a stay of the application for attorneys' fees or in the (285-1);
                         terminating in light of this order: motion for enlargement of time to
                         file response to plaintiff's application (284-1) as moot. cc: cnsl

   287 -  1   06/12/01   9CCA Judgment re: notice of appeal (271-1) that the district court's
                         decision is AFFIRMED. cc: cnsl, Judge Holland

   288 -  1   10/11/01   PLF 1-4 motion (joint) for ext to renew & supplement application for
                         costs & fees to 30 days following Supreme Court's disposition of pending
                         petition

   289 -  1   10/24/01   PLF 1-5 Supplement re: PLF 1-4 motion (joint) for ext to renew &
                         supplement application for costs & fees to 11/30/01 (288-1)

   290 -  1   10/29/01   DEF 1-3; 5-11 opposition to PLF 1-4 motion (joint) for ext to renew &
                         supplement application for costs & fees to 30 days following Supreme
                         Court's disposition of pending petition (288-1)

   291 -  1   10/29/01   PLF 5; DEF 4 opposition to PLF 1-4 motion (joint) for ext to renew &
                         supplement application for costs & fees to 30 days following Supreme
                         Court's disposition of pending petition (288-1)

   292 -  1   11/07/01   PLF 1-4 reply to opposition to PLF 1-4 motion (joint) for ext to renew &
                         supplement application for costs & fees to 30 days following Supreme
                         Court's disposition of pending petition (288-1)
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                                       "JOHN V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 293 - 1 | 11/15/01 | HRH Order granting motion (joint) for ext to renew & supplement application for costs & fees (288-1). Plfs & intervenor's renewed & supp application for attorney's fees to be served and filed on or before 30 days from the date of this order. cc: cnsl |
| 294 - 1 | 11/30/01 | PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees  w/att exhs |
| 295 - 1 | 12/17/01 | DEF 1-3; 5-11 Unopposed motion for enlargement of time to 1/31/02 to file responses to plaintiffs' renewed and suppl appl for award of costs and attorneys' fees. |
| 295 - 2 | 12/17/01 | Order granting unoppo mot for enlargement of time to 1/31/02 to file responses to suppl and renewed mot for atty fees and costs (295-1). cc: cnsl |
| 296 - 1 | 01/31/02 | PLF 5 motion for a sur-reply re plfs' application for attorney's fees at #294 |
| 297 - 1 | 01/31/02 | DEF 1-3; 5-11 (Fed defs) opposition to PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) w/att exh |
| 298 - 1 | 01/31/02 | PLF 5 opposition to PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) w/att exhs |
| 299 - 1 | 02/05/02 | DEF 1-11 opposition to PLF 5 motion for a sur-reply re plfs' application for attorney's fees at #294 (296-1). |
| 300 - 1 | 02/08/02 | PLF 1; 4 Unopposed motion for ext to 3/13/02 to reply to mot for costs & fees |
| 300 - 2 | 02/11/02 | Order granting unopposed motion for ext to 3/13/02 to reply to mot for costs & fees (300-1). cc: cnsl |
| 301 - 1 | 02/11/02 | HRH Order granting motion for a sur-reply re plfs' application for attorney's fees at #294 (296-1). cc: cnsl |
| 302 - 1 | 02/11/02 | DEF 1-3; 5-11 motion (fed defs) for leave to file response to state's opposition w/att response to state's opp to application for attorney's fees. |
| 303 - 1 | 03/07/02 | HRH Order granting motion (fed defs) for leave to file response to state's opposition (302-1). cc: cnsl |
| 304 - 1 | 03/07/02 | DEF 1-3, 5-11 (Fed Defs) response to state's opp re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) |
| 305 - 1 | 03/11/02 | PLF 1; 4 Unopposed motion for ext to 4/1/02 to reply re mot for costs & fees |
| 305 - 2 | 03/12/02 | Order granting unopposed motion for ext to 4/1/02 to reply re mot for costs & fees (305-1). cc: cnsl |
| 306 - 1 | 04/01/02 | PLF 1-4 Unopposed motion for ext to 4/5/02 to file reply to mot for costs & fees |
| 306 - 2 | 04/02/02 | Order granting unopposed motion for ext to 4/5/02 to file reply to mot for costs & fees (306-1). cc: cnsl |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                        "JOHN V USA ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 307 - | 1 | 04/05/02 | PLF 1-4 motion to file overlength reply re #294 w/att reply |
| 308 - | 1 | 04/08/02 | HRH Order granting motion to file overlength reply re #294 (307-1). cc: cnsl |
| 309 - | 1 | 04/08/02 | PLF 1-4 reply to opposition to PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) |
| 310 - | 1 | 04/15/02 | PLF 5 surreply re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) |
| 311 - | 1 | 10/10/02 | PLF 1-6 Notice of Supplemental authority re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees  (294-1) |
| 312 - | 1 | 01/03/03 | PLF 4 Address Change Notice of William Caldwell |
| 313 - | 1 | 01/22/03 | HRH Minute Order directing plfs to submit supp aff covering areas stated re motion for attorneys' fees as soon as possible; state and/or fed defs may submit a supp response w/i 7 days following filing. cc: cnsl |
| 314 - | 1 | 01/29/03 | PLF 1-5 Supplemental declaration of W. Caldwell re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1). |
| 315 - | 1 | 03/28/03 | HRH Order granting/denying motion (renewed & supplemental) for award of costs & attorneys' fees (294-1). cc: cnsl |
| 316 - | 1 | 05/28/03 | DEF 1-3 appeal to 9CCA of (276-1) filed 02/14/00, (315-1) filed 03/28/03. cc: cnsl, Judge Holland, 9CCA |
| NOTE - | 3 | 05/29/03 | Notation (re: Appeal): forwarded appeal, representation statement & CADD statement. |
| 317 - | 1 | 06/09/03 | Cy 9CCA Time Schedule Order. (316-1) cc:cnsl, Judge Holland, ECR |
| 318 - | 1 | 09/25/03 | 9CCA Judgment/Final Order re: notice of appeal (316-1) that the appellant's mot to dismiss this appeal GRANTED.  Parties shall bear their own costs.  cc: cnsl, Judge Holland, A92-0264 CV (cert cy) |
| 319 - | 1 | 10/24/03 | PLF 1-3 Acknowledgement of payment of fees and cost. |