```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                    "JOHN V USA ET AL"

   Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 12/01/90
             Closed: 01/07/00

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (890) Other Statutory Actions
                     Subsistence
             Origin: (1) Original Proceeding
             Demand:
         Filing fee:
           Trial by:
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | JOHN, KATIE | Heather Kendall-Miller<br>Native American Rights Fund<br>420 L Street, Suite 505<br>Anchorage, AK 99501<br>907-276-0680<br>FAX 907-276-2466 |
| PLF 2.1 | CHARLES, DORIS | Heather Kendall-Miller<br>(see above) |
| PLF 3.1 | MENTASTA VILLAGE COUNCIL | Heather Kendall-Miller<br>(see above) |
| PLF 4.1 | ALASKA FEDERATION OF NATIVES | William E. Caldwell<br>POB 60996<br>Fairbanks, AK 99706<br>907-479-5849<br>FAX 907-457-5849 |
| PLF 5.1 | ALASKA, STATE OF | Joanne M. Grace<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5251 |
| PLF 6.1 | PERATROVICH | No counsel found for this party! |
| DEF 1.1 | UNITED STATES OF AMERICA | Dean Dunsmore<br>Environment & Natural Resources<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452<br>FAX 907-271-5827 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                                   "JOHN V USA ET AL"

                    Including terminated parties, excluding terminated counsel
```

```
Parties of Record:                              Counsel of Record:

DEF 2.1        [T]  LUJAN, MANUEL              No counsel found for this party!

DEF 2.2             NORTON, GALE A.            Dean Dunsmore
                                               (see above)

DEF 3.1        [T]  YEUTTER, CLAYTON K.        No counsel found for this party!

DEF 3.2             VENEMAN, ANNE              Dean Dunsmore
                                               (see above)

DEF 4.1             ROSIER, CARL               Joanne M. Grace
                                               (see above)

DEF 5.1             MADIGAN, EDWARD R.         Dean Dunsmore
                                               (see above)

DEF 6.1             MCVEE, CURT, CHAIRMAN & MEMBER   Dean Dunsmore
                                               (see above)

DEF 7.1             STIEGLITZ, WALTER O.       Dean Dunsmore
                                               (see above)

DEF 8.1             MOREHEAD, JOHN             Dean Dunsmore
                                               (see above)

DEF 9.1             BARTON, MICHAEL            Dean Dunsmore
                                               (see above)

DEF 10.1            SPRANG, EDWARD             Dean Dunsmore
                                               (see above)

DEF 11.1            CESAR, NILES               Dean Dunsmore
                                               (see above)

DEF 12.1       [T]  JAMES, AL RUDY             No counsel found for this party!

DEF 13.1       [T]  THLAUGOOYAILTHTHLEE        No counsel found for this party!

DEF 14.1       [T]  JAMES, DIANA               No counsel found for this party!

DEF 15.1       [T]  JAMES, LOREN MURPHY        No counsel found for this party!

DEF 16.1       [T]  DAHKGHAGOOTCH              No counsel found for this party!

DEF 17.1       [T]  JAMES, NORMAN SCOTT        No counsel found for this party!

DEF 18.1       [T]  KAWDAHUNGTH                No counsel found for this party!

DEF 19.1       [T]  JAMES, MONICA              No counsel found for this party!
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"
```
Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 20.1 | [T] JAMES, ANDREW ERIC | No counsel found for this party! |
| DEF 21.1 | [T] JAMES, CHARLES MURPHY SR. | No counsel found for this party! |
| DEF 22.1 | [T] KOOGHAITH | No counsel found for this party! |
| DEF 23.1 | [T] SANDIDGE, SHERRI JEAN | No counsel found for this party! |
| DEF 24.1 | [T] SANDIDGE, JERRY | No counsel found for this party! |
| DEF 25.1 | [T] SANDIDGE, BRIAN MURPHY | No counsel found for this party! |
| DEF 26.1 | [T] SANDIDGE, DALE J. | No counsel found for this party! |
| DEF 27.1 | [T] SANDIDGE, MICHAEL | No counsel found for this party! |
| DEF 28.1 | [T] JAMES, CHARLES MURPHY JR. | No counsel found for this party! |
| DEF 29.1 | [T] JAMES, GEORGE SUCKINAW JR. | No counsel found for this party! |
| DEF 30.1 | [T] WHATSTAW | No counsel found for this party! |
| DEF 31.1 | [T] JAMES, DENISE | No counsel found for this party! |
| DEF 32.1 | [T] JAMES, GEORGE S. III | No counsel found for this party! |
| DEF 33.1 | [T] JAMES, LISA | No counsel found for this party! |
| DEF 34.1 | [T] JAMES, DAVID | No counsel found for this party! |
| DEF 35.1 | [T] JAMES, BRIAN | No counsel found for this party! |
| DEF 36.1 | [T] JAMES, GARY | No counsel found for this party! |
| DEF 37.1 | [T] JAMES, FRED | No counsel found for this party! |
| DEF 38.1 | [T] JAMES, BENJAMIN SR. | No counsel found for this party! |
| DEF 39.1 | [T] YUNCHKWADAY | No counsel found for this party! |
| DEF 40.1 | [T] JAMES, FRANKLIN HARVEY "ONGI" SR. | No counsel found for this party! |
| DEF 41.1 | [T] JAMES, MARGE | No counsel found for this party! |
| DEF 42.1 | [T] JAMES, FRANKLIN HARVEY JR. | No counsel found for this party! |
| DEF 43.1 | [T] JAMES, CINDY | No counsel found for this party! |
| DEF 44.1 | [T] JAMES, AMANDA | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA     │
│         CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)  │
│                         "JOHN V USA ET AL"                          │
├─────────────────────────────────────────────────────────────────────┤
│         Including terminated parties, excluding terminated counsel  │
└─────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 45.1 | [T] | JAMES, NICHOLAS | No counsel found for this party! |
| DEF 46.1 | [T] | JAMES, TRISTAN | No counsel found for this party! |
| DEF 47.1 | [T] | THARP, COLLEEN | No counsel found for this party! |
| DEF 48.1 | [T] | THARP, COLIN | No counsel found for this party! |
| DEF 49.1 | [T] | CALLAHAN, KEVIN RICHARD | No counsel found for this party! |
| DEF 50.1 | [T] | CALLAHAN, CHRISTINE MARI | No counsel found for this party! |
| DEF 51.1 | [T] | CALLAHAN, NATASHA | No counsel found for this party! |
| DEF 52.1 | [T] | BECK, MERRIE | No counsel found for this party! |
| DEF 53.1 | [T] | BECK, MICHAEL | No counsel found for this party! |
| DEF 54.1 | [T] | JAMES, EMBERT F. | No counsel found for this party! |
| DEF 55.1 | [T] | JAMES, BONNIE | No counsel found for this party! |
| DEF 56.1 | [T] | JAMES, CARRIE LYNN | No counsel found for this party! |
| DEF 57.1 | [T] | JAMES, ROBERT | No counsel found for this party! |
| DEF 58.1 | [T] | JAMES, LEO | No counsel found for this party! |
| DEF 59.1 | [T] | JAMES, TINA | No counsel found for this party! |
| DEF 60.1 | [T] | JAMES, JESSE | No counsel found for this party! |
| DEF 61.1 | [T] | JAMES, DARREL D. | No counsel found for this party! |
| DEF 62.1 | [T] | NEXT FRIEND FOR: 4 CHILDREN & GRANDCHILDREN | No counsel found for this party! |
| DEF 63.1 | [T] | MILES, GEORGEANNE | No counsel found for this party! |
| DEF 64.1 | [T] | MILES, EARL | No counsel found for this party! |
| DEF 65.1 | [T] | MILES, EARL JR. | No counsel found for this party! |
| DEF 66.1 | [T] | MILES, ERIC | No counsel found for this party! |
| DEF 67.1 | [T] | JAMES, HENRY | No counsel found for this party! |
| DEF 68.1 | [T] | JAMES, CHERYL | No counsel found for this party! |
| DEF 69.1 | [T] | BELONOVITCH, ROBERTA LYNN | No counsel found for this party! |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                           "JOHN V USA ET AL"

             Including terminated parties, excluding terminated counsel
```

```
Parties of Record:                          Counsel of Record:

DEF 70.1      [T] BELONOVITCH, JASON             No counsel found for this party!
DEF 71.1      [T] BELONOVITCH, SONNY             No counsel found for this party!
DEF 72.1      [T] DAVIS, PATRICA                 No counsel found for this party!
DEF 73.1      [T] NEXT FRIEND FOR:               No counsel found for this party!
DEF 74.1      [T] 2 DAUGHTERS                    No counsel found for this party!
DEF 75.1      [T] PETERSON, MARGARET             No counsel found for this party!
DEF 76.1      [T] KI                             No counsel found for this party!
DEF 77.1      [T] PETERSON, LEROY                No counsel found for this party!
DEF 78.1      [T] PETERSON, SHERRIE LEE          No counsel found for this party!
DEF 79.1      [T] KEYS, BARBARA JEAN             No counsel found for this party!
DEF 80.1      [T] KEYS, TERRY LEE                No counsel found for this party!
DEF 81.1      [T] KEYS, SHAWN CLAUDE             No counsel found for this party!
DEF 82.1      [T] KEYS, MARGARET JOY             No counsel found for this party!
DEF 83.1      [T] KEYS, MARK ALAN                No counsel found for this party!
DEF 84.1      [T] SNYDER, KATHLENE ALICE         No counsel found for this party!
DEF 85.1      [T] SNYDER, WAYNE MICHAEL          No counsel found for this party!
DEF 86.1      [T] SNYDER, SKYLA MARIE            No counsel found for this party!
DEF 87.1      [T] SNYDER, KATRENA ELIZABETH      No counsel found for this party!
DEF 88.1      [T] PETERSON, STEWART EMERY        No counsel found for this party!
DEF 89.1      [T] FREUND, TONYA ANN              No counsel found for this party!
DEF 90.1      [T] PETERSON, LORI ANN             No counsel found for this party!
DEF 91.1      [T] HANNING, CINDY JEAN            No counsel found for this party!
DEF 92.1      [T] PETERSON, DONNIE               No counsel found for this party!
DEF 93.1      [T] PETERSON, RON                  No counsel found for this party!
DEF 94.1      [T] PETERSON, STEVEN               No counsel found for this party!
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                    "JOHN V USA ET AL"

         Including terminated parties, excluding terminated counsel
```

Parties of Record:                              Counsel of Record:

| Party | | Name | Counsel |
|---|---|---|---|
| DEF 95.1 | [T] | WINSTON, BETSY | No counsel found for this party! |
| DEF 96.1 | [T] | KUSHNICK, MATILDA | No counsel found for this party! |
| DEF 97.1 | [T] | KUSHNICK, WILLIE | No counsel found for this party! |
| DEF 98.1 | [T] | NEXT FRIEND FOR: | No counsel found for this party! |
| DEF 99.1 | [T] | KUSHNICK, WILLIAM JR. | No counsel found for this party! |
| DEF 100.1 | [T] | MCALPIN, AMELIA | No counsel found for this party! |
| DEF 101.1 | [T] | MCALPIN, SAYRES MICHAEL | No counsel found for this party! |
| DEF 102.1 | [T] | MCALPIN, RICHARD | No counsel found for this party! |
| DEF 103.1 | [T] | MCALPIN, MARTHA | No counsel found for this party! |
| DEF 104.1 | [T] | MCALPIN, MICHAELIN | No counsel found for this party! |
| DEF 105.1 | [T] | MCALPIN, MICHAEL | No counsel found for this party! |
| DEF 106.1 | [T] | MCALPIN, SAYERS | No counsel found for this party! |
| DEF 107.1 | [T] | PETERSON, MARIE | No counsel found for this party! |
| DEF 108.1 | [T] | PETERSON, DAVID | No counsel found for this party! |
| DEF 109.1 | [T] | AMBROSIA, AVA | No counsel found for this party! |
| DEF 110.1 | [T] | AMBROSIA, GERARD | No counsel found for this party! |
| DEF 111.1 | [T] | AMBROSIA, SHANNON | No counsel found for this party! |
| DEF 112.1 | [T] | AMBROSIA, CARLENE | No counsel found for this party! |
| DEF 113.1 | [T] | AMBROSIA, CARPA | No counsel found for this party! |
| DEF 114.1 | [T] | CHANCEY, DARLENE | No counsel found for this party! |
| DEF 115.1 | [T] | CHANCEY, TEASHA | No counsel found for this party! |
| DEF 116.1 | [T] | CHANCEY, JASON | No counsel found for this party! |
| DEF 117.1 | [T] | FRAZER, YVONNE | No counsel found for this party! |
| DEF 118.1 | [T] | FRAZER, MICHAEL | No counsel found for this party! |
| DEF 119.1 | [T] | GERLITS, BRENDA | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
               "JOHN V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 120.1 | [T] GERLITS, MIKE | No counsel found for this party! |
| DEF 121.1 | [T] GERLITS, DAVID | No counsel found for this party! |
| DEF 122.1 | [T] GERLITS, JACOB | No counsel found for this party! |
| DEF 123.1 | [T] GERLITS, BRANDON | No counsel found for this party! |
| DEF 124.1 | [T] FRAZER, EUGENE | No counsel found for this party! |
| DEF 125.1 | [T] FRAZER, KELLY | No counsel found for this party! |
| DEF 126.1 | [T] FRAZER, MICHAEL J. | No counsel found for this party! |
| DEF 127.1 | [T] NEXT FRIEND FOR: | No counsel found for this party! |
| DEF 128.1 | [T] DAUGHTER FRAZER | No counsel found for this party! |
| DEF 129.1 | [T] FRAZER, CHERYL | No counsel found for this party! |
| DEF 130.1 | [T] FRAZER, ALICIA | No counsel found for this party! |
| DEF 131.1 | [T] FRAZER, ASHLEY | No counsel found for this party! |
| DEF 132.1 | [T] FRAZER, JUSTIN | No counsel found for this party! |
| DEF 133.1 | [T] KENNEDY, MARGARET | No counsel found for this party! |
| DEF 134.1 | [T] PERATROVICH, ANNA | No counsel found for this party! |
| DEF 135.1 | [T] VIGIL, TRINA | No counsel found for this party! |
| DEF 136.1 | [T] VIGIL, STEPHEN | No counsel found for this party! |
| DEF 137.1 | [T] PERATROVICH, JEARIANN | No counsel found for this party! |
| DEF 138.1 | [T] SMITH, HENRIETTA | No counsel found for this party! |
| DEF 139.1 | [T] SMITH, TINA | No counsel found for this party! |
| DEF 140.1 | [T] SMITH, RICHARD JR. | No counsel found for this party! |
| DEF 141.1 | [T] SMITH, BONNIE | No counsel found for this party! |
| DEF 142.1 | [T] ANNISKETTE, DAVID III | No counsel found for this party! |
| DEF 143.1 | [T] ANNISKETTE, DAVID LEIF | No counsel found for this party! |
| DEF 144.1 | [T] ANNISKETTE, PHYLLIS | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 145.1 | [T] | ANNISKETTE, EDWARD | No counsel found for this party! |
| DEF 146.1 | [T] | BJORNSTROM, JESSE | No counsel found for this party! |
| DEF 147.1 | [T] | ANNISKETTE, SHARON | No counsel found for this party! |
| DEF 148.1 | [T] | STADURS, DUANE | No counsel found for this party! |
| DEF 149.1 | [T] | STADURS, TYLENA | No counsel found for this party! |
| DEF 150.1 | [T] | ANNISKETTE, FRED | No counsel found for this party! |
| DEF 151.1 | [T] | ANNISKETTE, PATRICK | No counsel found for this party! |
| DEF 152.1 | [T] | ANNISKETTE, PATRICK JR. | No counsel found for this party! |
| DEF 153.1 | [T] | BJORNSTROM, KAREN | No counsel found for this party! |
| DEF 154.1 | [T] | BJORNSTROM, LEAH | No counsel found for this party! |
| DEF 155.1 | [T] | BJORNSTROM, JANEA | No counsel found for this party! |
| DEF 156.1 | [T] | RUSSELL, MARY ANN | No counsel found for this party! |
| DEF 157.1 | [T] | RUSSELL, MICHAEL JR. | No counsel found for this party! |
| DEF 158.1 | [T] | RUSSELL, MELISSA | No counsel found for this party! |
| DEF 159.1 | [T] | ANNISKETTE, CINDY | No counsel found for this party! |
| DEF 160.1 | [T] | ANNISKETTE, MITCHELL RAY | No counsel found for this party! |
| DEF 161.1 | [T] | COFFELT, ARLENE | No counsel found for this party! |
| DEF 162.1 | [T] | COLGROVE, BURT | No counsel found for this party! |
| DEF 163.1 | [T] | COLGROVE, AARON | No counsel found for this party! |
| DEF 164.1 | [T] | COFFELF, GEORGIE | No counsel found for this party! |
| DEF 165.1 | [T] | COFFELT, AVA | No counsel found for this party! |
| DEF 166.1 | [T] | DOUHITT, DURETTA | No counsel found for this party! |
| DEF 167.1 | [T] | DOUHITT, ROGER | No counsel found for this party! |
| DEF 168.1 | [T] | DOUHITT, SON | No counsel found for this party! |
| DEF 169.1 | [T] | CHARLES, MELVIN SR. | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                     "JOHN V USA ET AL"

       Including terminated parties, excluding terminated counsel
```

```
Parties of Record:                          Counsel of Record:

DEF 170.1      [T] CHARLES, MELVIN JR.      No counsel found for this party!
DEF 171.1      [T] NEXT FRIEND FOR:         No counsel found for this party!
DEF 172.1      [T] CHARLES, SON JR.         No counsel found for this party!
DEF 173.1      [T] CHARLES, DAUGHTER        No counsel found for this party!
DEF 174.1      [T] CHARLES, DANIEL          No counsel found for this party!
DEF 175.1      [T] CHARLES, MICHAEL         No counsel found for this party!
DEF 176.1      [T] CARVER, LAVINA           No counsel found for this party!
DEF 177.1      [T] HORWATH, PATRICK         No counsel found for this party!
DEF 178.1      [T] HORWATH, STARR           No counsel found for this party!
DEF 179.1      [T] HORWATH, NADINE          No counsel found for this party!
DEF 180.1      [T] SHERWOOD, WALLY          No counsel found for this party!
DEF 181.1      [T] SHERWOOD, CLINT          No counsel found for this party!
DEF 182.1      [T] CHARLES, MARVIN          No counsel found for this party!
DEF 183.1      [T] CHARLES, ANNETTE         No counsel found for this party!
DEF 184.1      [T] CHARLES, DAUGHTER        No counsel found for this party!
DEF 185.1      [T]                          No counsel found for this party!
DEF 186.1      [T] CHARLES, SON             No counsel found for this party!
DEF 187.1      [T] CHARLES, MARVIN JR.      No counsel found for this party!
DEF 188.1      [T] CHARLES, MURPHY          No counsel found for this party!
DEF 189.1      [T] CHARLES, ANTHONY         No counsel found for this party!
DEF 190.1      [T] FOX, VIRGINIA            No counsel found for this party!
DEF 191.1      [T] LAUTH, MARGARET ALLEN    No counsel found for this party!
DEF 192.1      [T] LAUTH, BONNIE            No counsel found for this party!
DEF 193.1      [T] LAUTH, DONNA             No counsel found for this party!
DEF 194.1      [T] CHARLES, GARY            No counsel found for this party!
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
              "JOHN V USA ET AL"
```
Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 195.1 | [T] | CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 196.1 | [T] | CHARLES, SON | No counsel found for this party! |
| DEF 197.1 | [T] | CHARLES, TOMMY | No counsel found for this party! |
| DEF 198.1 | [T] | BREW, DONNA | No counsel found for this party! |
| DEF 199.1 | [T] | BREW, RON | No counsel found for this party! |
| DEF 201.1 | [T] | BREW, JEANETTE | No counsel found for this party! |
| DEF 201.2 | [T] | CHARLES, SHARON | No counsel found for this party! |
| DEF 202.1 | [T] | KUSHNICK, WILLIAM | No counsel found for this party! |
| DEF 203.1 | [T] | CHARLES, DESTINY | No counsel found for this party! |
| DEF 204.1 | [T] | CHARLES, GEORGINA | No counsel found for this party! |
| DEF 205.1 | [T] | CHARLES, SUNSHINE | No counsel found for this party! |
| DEF 206.1 | [T] | CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 207.1 | [T] | PLUMLY, LYNN | No counsel found for this party! |
| DEF 208.1 | [T] | PLUMLY, RICHARD | No counsel found for this party! |
| DEF 209.1 | [T] | PESHAY, TILLY | No counsel found for this party! |
| DEF 210.1 | [T] | PESHAY, RUTH | No counsel found for this party! |
| DEF 211.1 | [T] | CHARLES, JAMES | No counsel found for this party! |
| DEF 212.1 | [T] | LEWIS, GERALDINE | No counsel found for this party! |
| DEF 213.1 | [T] | LEWIS, JENNIFER | No counsel found for this party! |
| DEF 214.1 | [T] | LEWIS, CHRISTINE | No counsel found for this party! |
| DEF 215.1 | [T] | LEWIS, KEVIN | No counsel found for this party! |
| DEF 216.1 | [T] | CHARLES, BRUCE | No counsel found for this party! |
| DEF 217.1 | [T] | NEXT FRIEND FOR: | No counsel found for this party! |
| DEF 218.1 | [T] | CHARLES, DAUGHTER | No counsel found for this party! |
| DEF 219.1 | [T] | PITCHFORD, CANDACE | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│           CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)    │
│                            "JOHN V USA ET AL"                           │
├─────────────────────────────────────────────────────────────────────────┤
│           Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────┘
```

Parties of Record:                                  Counsel of Record:

| | | | |
|---|---|---|---|
| DEF 220.1 | [T] | PITCHFORD, JAMELIA | No counsel found for this party! |
| DEF 221.1 | [T] | SUCKINAW, DAVID | No counsel found for this party! |
| DEF 222.1 | [T] | SUCKINAW, RUTH | No counsel found for this party! |
| DEF 223.1 | [T] | SUCKINAW, PATRICK JR. | No counsel found for this party! |
| DEF 224.1 | [T] | SUCKINAW, MICHAEL | No counsel found for this party! |
| DEF 225.1 | [T] | SUCKINAW, HONEY | No counsel found for this party! |
| DEF 226.1 | [T] | SUCKINAW, ROGER | No counsel found for this party! |
| DEF 227.1 | [T] | SUCKINAW, JACQUELINE | No counsel found for this party! |
| DEF 228.1 | [T] | SUCKINAW, RAYMOND | No counsel found for this party! |
| DEF 229.1 | [T] | SUCKINAW, THOMAS JOHN | No counsel found for this party! |
| DEF 230.1 | [T] | SUCKINAW, CHARLIES | No counsel found for this party! |
| DEF 231.1 | [T] | KEENE, HELEN | No counsel found for this party! |
| DEF 232.1 | [T] | KEENE, CHARLIE JR | No counsel found for this party! |
| DEF 233.1 | [T] | KEENE, MELISSA | No counsel found for this party! |
| DEF 234.1 | [T] | KEENE, CECILIA | No counsel found for this party! |
| DEF 235.1 | [T] | KATZEEK, CHARLENE | No counsel found for this party! |
| DEF 236.1 | [T] | KATZEEK, ANNA DIANE | No counsel found for this party! |
| DEF 237.1 | [T] | KEENE, EUGENE RUSSELL | No counsel found for this party! |
| DEF 238.1 | [T] | SUCKINAW, JACKIE | No counsel found for this party! |
| DEF 239.1 | [T] | SOUTH KUIU THLINGIT NATION | No counsel found for this party! |
| AMC 1.1 | [T] | INTERNATIONAL ASSOC OF FISH & WILDLIFE AGENCIES | No counsel found for this party! |
| AMC 2.1 | | CORDOVA DISTRICT FISHERMEN UNITED | Lewis F. Gordon<br>Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501<br>907-276-4331 |
| AMC 3.1 | | PENINSULA MARKETING ASSOC | Michael A.D. Stanley<br>POB 020449<br>Juneau, AK 99802<br>907-586-6077 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0484--CV (HRH)
                                        "JOHN V USA ET AL"

                    Including terminated parties, excluding terminated counsel
```

```
Parties of Record:                                    Counsel of Record:

AMC 4.1         CONCERNED AREA M FISHERMEN            Michael A.D. Stanley
                                                      (see above)

AMC 5.1         ALEUTIANS EAST BOROUGH                Michael A.D. Stanley
                                                      (see above)

AMC 6.1         SHUMAGIN CORP                         Michael A.D. Stanley
                                                      (see above)

AMC 7.1         QAGAN TAYAGUNGIN TRIBAL COUNCIL       Michael A.D. Stanley
                                                      (see above)

AMC 8.1         AGDAAGUX TRIBAL COUNCIL               Michael A.D. Stanley
                                                      (see above)

AMC 9.1         NELSON LAGOON VILLAGE COUNCIL         Michael A.D. Stanley
                                                      (see above)

AMC 10.1        FALSE PASS TRIBAL COUNCIL             Michael A.D. Stanley
                                                      (see above)

AMC 11.1    [T] ELIM, NATIVE VILLAGE OF               No counsel found for this party!

AMC 12.1    [T] NOME ESKIMO COMMUNITY                 No counsel found for this party!

AMC 13.1    [T] KAWERAK INC                           No counsel found for this party!

AMC 14.1    [T] ARCTIC REGIONAL FISH & GAME           No counsel found for this party!
                COUNCIL
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

For all filing dates

Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 12/01/90
Closed: 01/07/00

Jurisdiction: (2) U.S. Defendant
PLF Diversity:
DEF Diversity:

Nature of Suit: (890) Other Statutory Actions
Subsistence
Origin: (1) Original Proceeding
Demand:
Filing fee:
Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 211 - 1 | 08/10/94 | Transcript of Hearing re: Pltfs' Motion for Preliminary Injunction, held 06/07/94; ECR Demeter. |
| 212 - 1 | 08/12/94 | Further Status Report DEF 1-3; 5-11 |
| 213 - 1 | 08/30/94 | HRH Minute Order re: status report due by 10-14-94. cc:cnsl. |
| 214 - 1 | 11/01/94 | HRH Minute Order that counsel file future reports in each of the jointly managed cases so each file will be complete. cc cnsl. |
| 215 - 1 | 11/22/94 | ZZZ 1 (E. Smith) Status Report per 10/26/94 order |
| 216 - 1 | 11/29/94 | HRH Minute Order; 11/22/94 status report accepted; further report due w/in 7 days following the expiration of the 60-day public comment period following publication ew "where II" & "selected but not conveyed" issues. cc cnsl. |
| 217 - 1 | 02/28/95 | Stipulation and Order re substitution of cnsl Robert Anderson replace by Heather Kendall. Cy cnsl |
| 218 - 1 | 04/18/95 | DEF 1-3 Status Report re: public comments; suggest further status report be filed around 7/1/95 |
| 219 - 1 | 05/01/95 | HRH Order (Case Status); further status report is due 7/1/95. cc cnsl |
| 220 - 1 | 05/15/95 | Mandate from 9CCA. D.C. REVERSED AND REMANDED. cc: cnsl, Judge Holland. 94-35480, 94-35481. |
| 221 - 1 | 07/03/95 | DEF 1-3; 5-11 Status Report pursuant to court's order (219-1) requesting status conference |
| 222 - 1 | 07/10/95 | Cert cy Mandate from 9CCA re 94-35480 & 94-35481; mandate issued prematurely and being recalled pending disposition for rehearing. cy cnsl, Judge Holland |
| 223 - 1 | 07/19/95 | HRH Minute Order, status conf set Wed., Aug. 16, 1995, at 4:00 p.m.. cc:cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                                  "JOHN V USA ET AL"

                                 For all filing dates
```

```
Document #     Filed      Docket text

   224 -   1   08/29/95   HRH Order (case status) that gov't file status report by 1-5-96,
                          supplements or responses to status report due 1-12-96.  cc cnsl

   225 -   1   01/05/96   DEF 1-3; 5-11 motion to enlarge time till 2/5/96 to file status rprt
                          pursuant to crt order.

   226 -   1   01/11/96   HRH Order granting motion to enlarge time till 2/5/96 to file status
                          rprt pursuant to crt order (225-1). Cy cnsl

   227 -   1   01/29/96   Fld cert cy Mandate from 9CCA. USDC Judgment REVERSED AND REMANDED. cc:
                          cnsl, Judge Holland.

   228 -   1   02/05/96   DEF 1-3; 5-11 Report to the court

   229 -   1   02/07/96   HRH Order that court's decision of 3-30-96, as set out at pages 21-42,
                          is VACATED; the issue therein discussed shall be deemed controlled by
                          the foregoing decision of the court of appeals; counsel to confer and
                          advise court by 3-7-96 of their views as to how the court should proceed
                          w/this case.  cc cnsl

   230 -   1   02/12/96   PLF 5 Response to Federal Defts' Report

   231 -   1   03/07/96   PLF 1-5 motion (request) for status conference

   232 -   1   03/08/96   DEF 1-4; 6-11 motion for enlargement of time until 3-22-96 to file case
                          status report

   233 -   1   03/12/96   HRH Minute Order granting request for status conference (231-1); CMC to
                          arrange stat conf for date prior to 4/5/96 or after 4/22/96; motion for
                          extension of time to file status report (232-1) moot in light of this
                          order.  cc cnsl

   234 -   1   03/14/96   HRH Minute Order that status conf is set 4:00 p.m. 4/4/96 (chambers).
                          cc cnsl

   235 -   1   04/11/96   HRH Minute Order re stat conf hel in jointly managed cases 4/4/96; it is
                          not required that all parites in all cases be served with all papers
                          filed in any case.  cc cnsl

   236 -   1   05/14/96   DEF 1-3; 5-11 Report to the court

   237 -   1   05/14/96   DEF 1-3; 5-11 Answer to Second Amended Complaint for declaratory and
                          injunctive relief

   238 -   1   06/12/96   Stipulation to a preliminary injunction with respect to the subsistence
                          fishery at Batzulnetas.

   239 -   1   06/14/96   HRH Order granting stip re: preliminary injunction with respect ot the
                          subsistence fishery at Batzulnetas. cc cnsl

   240 -   1   10/23/96   HRH Minute Order that cnsl for govt to provide report on status of
                          proposed subsistence managment regs by 11/7/96.  cc cnsl

   241 -   1   11/07/96   DEF 1-3; 5-11 Report re: in response to order at #240 filed 10/23/96.

   242 -   1   11/14/96   HRH Minute Order that no other action will be taken during FY 1997.  cc
                          cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                                     "JOHN V USA ET AL"

                                    For all filing dates
```

```
Document #    Filed     Docket text

   243 -  1  06/19/97   Stipulation to a preliminary injunction with respect to the subsistence
                        fishery at Bazulnetas.

   244 -  1  06/24/97   HRH Order granting stipulation for preliminary injunction re Batzulnetas
                        fishery site. cy cnsl

   245 -  1  11/17/97   HRH Order staying case to 7-1-98.  cy cnsl

   246 -  1  01/22/98   DEF 1-3; 5-11 (federal defendant's) motion for entry of final judgment
                        dismissing Count III in No. A92-0264 CV w/ att memo & exhs.

   247 -  1  02/12/98   HRH Minute Order granting motion for entry of final judgment dismissing
                        Count III in No. A92-0264 CV (246-1).  cc:  cnsl

   248 -  1  02/13/98   HRH Judgment that CT III of A92-264CV is dismissed w/prejudice pur R
                        54(b).  cc:  cnsl, O&J 10303

   249 -  1  02/20/98   PLF 1-5 motion for enlargment of time in which to file a bill of costs
                        and move for an award of attorneys fees in case no. A92-0264 CV.

   250 -  1  02/27/98   DEF 1-3; 5-11 non-opposition to PLF 1-5 motion for enlargment of time in
                        which to file a bill of costs and move for an award of attorneys fees in
                        case no. A92-0264 CV. (249-1)

   251 -  1  03/12/98   HRH Order granting motion for enlargment of time in which to file a bill
                        of costs to 3/27/98 (249-1).  cc:  cnsl

   252 -  1  03/24/98   PLF 1-5; DEF 1-11 Stipulation to ext time til crt enters fnl judg on all
                        cts in A92-264 CV to file a bill of costs & move for an award of
                        attorneys fees in A92-264 CV.

   252 -  2  03/27/98   HRH Order approving stip. cc: cnsl

   253 -  1  06/09/98   PLF 1-3; 5; DEF 1-3; 5-11 Stipulation to a preliminary injunction
                        w/respect to the subsistence fishery at Batzulnetas.

   254 -  1  06/10/98   HRH Order re preliminary injunction w/respect to the subsistence fishery
                        at Batzulnetas. cc: cnsl

   255 -  1  07/08/98   HRH Minute Order staying case to 12/1/98 or further order of court. cc:
                        cnsl

   256 -  1  07/27/98   PLF 1-5 Notice to court re: change of address for plaintiffs' attorneys.

   257 -  1  12/09/98   HRH Minute Order directing cnsl to confer & file status report by
                        1/15/99.  cc: cnsl

   258 -  1  01/15/99   PLF 5 status rpt in response to ord of 12/09/98; parties propose stay
                        continue until 10/01/99.

   259 -  1  01/25/99   HRH Minute Order that further proceedings stayed until 10/1/99;
                        injunction to remain in place and State will not object to a mot for
                        atty fees based upon stay. cc: cnsl

   260 -  1  06/14/99   PLF 1-3; 5; DEF 1-11 Stipulation to prelim injunction w/respect to the
                        subsistence fishery at Batzulnetas.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 261 - 1 | 06/16/99 | HRH Order granting PI re subsistence fishery at Batzulnetas. cc: cnsl |
| 262 - 1 | 10/08/99 | HRH Minute Order that status report or stip to dismiss due 11/9/99. cc: cnsl |
| 263 - 1 | 11/03/99 | PLF 1-5 Joint Unopposed Motion for ext of time of 30 days to respond to ord of 10/08/99 (262-1). |
| 264 - 1 | 11/05/99 | HRH Order granting ext of time to 12/9/99 to file dismissal or status report. cc: cnsl |
| 265 - 1 | 12/08/99 | PLF 1-5 Joint Unopposed Motion for ext of time until 12/16/99 to file status rpt. |
| 266 - 1 | 12/10/99 | HRH Order granting mot for ext of time until 12/16/99 to file dismissal or stat rpt. cc: cnsl |
| 267 - 1 | 12/16/99 | DEF 1-3; 5-11 Report in Response to Order (266-1). |
| 268 - 1 | 01/06/00 | HRH Order re: case status; crt readopts all rulings on merits of plfs' claims heretofore made; rulings deemed final; all remaining claims dismissed w/o prejudice as moot; any new case filed by a party to these consolidated cases shall be assigned directly to Judge Holland. cc: cnsl |
| 269 - 1 | 01/07/00 | HRH Judgment that crt's substantive orders in this case are reaffirmed & are now final as to all parties. Any issues or claims not heretofore decided by crt are dismissed w/o prejudice as to all parties. The crt retains jurisdiction of this matter for enforcement of its orders. cc: cnsl, O&J 10793 |
| 270 - 1 | 01/20/00 | PLF 1-4 motion to modify or amend the judgment to maintain the terms of the 1999 preliminary injunction against the Federal defs through 12/00/00 w/att exh. |
| NOTE - 2 | 01/26/00 | Notation: appeal fee ($105) paid w/receipt 00111075. |
| 271 - 1 | 01/26/00 | PLF 5; DEF 4 appeal to 9CCA of (269-1) filed 01/07/00 w/att representation stmt. cc:cnsl, Judge Holland, 9CCA |
| NOTE - 1 | 01/31/00 | Transmittal: Forwarded notice of appeal (271-1) & CADs stmt to 9CCA. |
| 272 - 1 | 02/07/00 | DEF 1-3; 5-11 response & non-opposition to PLF 1-4 motion to modify or amend the judgment to maintain the terms of the 1999 preliminary injunction against the Federal defs through 12/00/00 (270-1). |
| 273 - 1 | 02/07/00 | PLF 5; DEF 4 non-opposition to PLF 1-4 motion to modify or amend the judgment to maintain the terms of the 1999 preliminary injunction against the Federal defs through 12/00/00 (270-1) w/att exh. |
| 274 - 1 | 02/09/00 | PLF 5; DEF 4 Transcript Designation re: notice of appeal (271-1); no transcripts ordered. |
| 275 - 1 | 02/11/00 | HRH Order granting motion to modify or amend the judgment (270-1). cc: cnsl |
| 276 - 1 | 02/14/00 | HRH amended judgment. cc: cnsl, O&J 10821 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

For all filing dates

```
Document #   Filed      Docket text

  277 -   1  02/14/00   Cy 9CCA Certificate of Record. (271-1) cc: cnsl, Judge Holland 9CCA
                        [orig]

  278 -   1  02/23/00   PLF 4 mot to withdraw H. Kendall-Miller & substitute counsel W. Caldwell
                        for intervenor Alaska Federation of Natives (plf 4).

  279 -   1  02/23/00   PLF 4 Attorney Appearance of W. Caldwell.

  278 -   2  02/24/00   Order granting "stip" for attorney substitution.  cc: cnsl, W. Caldwell

  280 -   1  02/24/00   PLF 1-3 Unopposed Motion for extension of time until 4/30/00 to file
                        plf's application for award of costs & atty fees.

  281 -   1  02/25/00   HRH Order granting plfs' unoppo mot for ext of time to 4/30/00 to file
                        bill of costs and atty fees. cc: cnsl

  282 -   1  05/01/00   PLF 1-5 motion (application) for award of costs & attorneys' fees w/att
                        memo, declaration, & exhs.

  283 -   1  05/02/00   PLF 1-5 Notice of filing orig ff of R. Anderson re: PLF 1-5 motion
                        (application) for award of costs & attorneys' fees (282-1) w/att exh
                        (aff of Anderson).

  284 -   1  05/18/00   DEF 1-3; 5-11 motion for enlargement of time to file response to
                        plaintiff's application for award of costs & atty fees until 7/13/00.

  285 -   1  05/19/00   PLF 5; DEF 4 motion for a stay of the application for attorneys' fees or
                        in the alternative for an extension of time of 45 days.

  286 -   1  06/13/00   HRH Order denying motion (application) for award of costs & attorneys'
                        fees (282-1) with leave to renew within 14 days following the filing of
                        mandate/jmt of the 9CCA deciding the State's appeal; granting motion for
                        a stay of the application for attorneys' fees or in the (285-1);
                        terminating in light of this order: motion for enlargement of time to
                        file response to plaintiff's application (284-1) as moot. cc: cnsl

  287 -   1  06/12/01   9CCA Judgment re: notice of appeal (271-1) that the district court's
                        decision is AFFIRMED. cc: cnsl, Judge Holland

  288 -   1  10/11/01   PLF 1-4 motion (joint) for ext to renew & supplement application for
                        costs & fees to 30 days following Supreme Court's disposition of pending
                        petition

  289 -   1  10/24/01   PLF 1-5 Supplement re: PLF 1-4 motion (joint) for ext to renew &
                        supplement application for costs & fees to 11/30/01 (288-1)

  290 -   1  10/29/01   DEF 1-3; 5-11 opposition to PLF 1-4 motion (joint) for ext to renew &
                        supplement application for costs & fees to 30 days following Supreme
                        Court's disposition of pending petition (288-1)

  291 -   1  10/29/01   PLF 5; DEF 4 opposition to PLF 1-4 motion (joint) for ext to renew &
                        supplement application for costs & fees to 30 days following Supreme
                        Court's disposition of pending petition (288-1)

  292 -   1  11/07/01   PLF 1-4 reply to opposition to PLF 1-4 motion (joint) for ext to renew &
                        supplement application for costs & fees to 30 days following Supreme
                        Court's disposition of pending petition (288-1)
```

ACRS: R_VDSDX                   As of 02/07/06 at 12:26 PM by NON-NET                    Page 5

Case 3:90-cv-00484-HRH   Document 319   Filed 01/03/06   Page 17 of 19

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
"JOHN V USA ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 293 - | 1 | 11/15/01 | HRH Order granting motion (joint) for ext to renew & supplement application for costs & fees (288-1). Plfs & intervenor's renewed & supp application for attorney's fees to be served and filed on or before 30 days from the date of this order. cc: cnsl |
| 294 - | 1 | 11/30/01 | PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees w/att exhs |
| 295 - | 1 | 12/17/01 | DEF 1-3; 5-11 Unopposed motion for enlargement of time to 1/31/02 to file responses to plaintiffs' renewed and suppl appl for award of costs and attorneys' fees. |
| 295 - | 2 | 12/17/01 | Order granting unoppo mot for enlargement of time to 1/31/02 to file responses to suppl and renewed mot for atty fees and costs (295-1). cc: cnsl |
| 296 - | 1 | 01/31/02 | PLF 5 motion for a sur-reply re plfs' application for attorney's fees at #294 |
| 297 - | 1 | 01/31/02 | DEF 1-3; 5-11 (Fed defs) opposition to PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) w/att exh |
| 298 - | 1 | 01/31/02 | PLF 5 opposition to PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) w/att exhs |
| 299 - | 1 | 02/05/02 | DEF 1-11 opposition to PLF 5 motion for a sur-reply re plfs' application for attorney's fees at #294 (296-1). |
| 300 - | 1 | 02/08/02 | PLF 1; 4 Unopposed motion for ext to 3/13/02 to reply to mot for costs & fees |
| 300 - | 2 | 02/11/02 | Order granting unopposed motion for ext to 3/13/02 to reply to mot for costs & fees (300-1). cc: cnsl |
| 301 - | 1 | 02/11/02 | HRH Order granting motion for a sur-reply re plfs' application for attorney's fees at #294 (296-1). cc: cnsl |
| 302 - | 1 | 02/11/02 | DEF 1-3; 5-11 motion (fed defs) for leave to file response to state's opposition w/att response to state's opp to application for attorney's fees. |
| 303 - | 1 | 03/07/02 | HRH Order granting motion (fed defs) for leave to file response to state's opposition (302-1). cc: cnsl |
| 304 - | 1 | 03/07/02 | DEF 1-3, 5-11 (Fed Defs) response to state's opp re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) |
| 305 - | 1 | 03/11/02 | PLF 1; 4 Unopposed motion for ext to 4/1/02 to reply re mot for costs & fees |
| 305 - | 2 | 03/12/02 | Order granting unopposed motion for ext to 4/1/02 to reply re mot for costs & fees (305-1). cc: cnsl |
| 306 - | 1 | 04/01/02 | PLF 1-4 Unopposed motion for ext to 4/5/02 to file reply to mot for costs & fees |
| 306 - | 2 | 04/02/02 | Order granting unopposed motion for ext to 4/5/02 to file reply to mot for costs & fees (306-1). cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A90-0484--CV (HRH)
                                     "JOHN V USA ET AL"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 307 - 1 | 04/05/02 | PLF 1-4 motion to file overlength reply re #294 w/att reply |
| 308 - 1 | 04/08/02 | HRH Order granting motion to file overlength reply re #294 (307-1). cc: cnsl |
| 309 - 1 | 04/08/02 | PLF 1-4 reply to opposition to PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) |
| 310 - 1 | 04/15/02 | PLF 5 surreply re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) |
| 311 - 1 | 10/10/02 | PLF 1-6 Notice of Supplemental authority re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1) |
| 312 - 1 | 01/03/03 | PLF 4 Address Change Notice of William Caldwell |
| 313 - 1 | 01/22/03 | HRH Minute Order directing plfs to submit supp aff covering areas stated re motion for attorneys' fees as soon as possible; state and/or fed defs may submit a supp response w/i 7 days following filing. cc: cnsl |
| 314 - 1 | 01/29/03 | PLF 1-5 Supplemental declaration of W. Caldwell re: PLF 1-5 motion (renewed & supplemental) for award of costs & attorneys' fees (294-1). |
| 315 - 1 | 03/28/03 | HRH Order granting/denying motion (renewed & supplemental) for award of costs & attorneys' fees (294-1). cc: cnsl |
| 316 - 1 | 05/28/03 | DEF 1-3 appeal to 9CCA of (276-1) filed 02/14/00, (315-1) filed 03/28/03. cc: cnsl, Judge Holland, 9CCA |
| NOTE - 3 | 05/29/03 | Notation (re: Appeal): forwarded appeal, representation statement & CADD statement. |
| 317 - 1 | 06/09/03 | Cy 9CCA Time Schedule Order. (316-1) cc:cnsl, Judge Holland, ECR |
| 318 - 1 | 09/25/03 | 9CCA Judgment/Final Order re: notice of appeal (316-1) that the appellant's mot to dismiss this appeal GRANTED. Parties shall bear their own costs. cc: cnsl, Judge Holland, A92-0264 CV (cert cy) |
| 319 - 1 | 10/24/03 | PLF 1-3 Acknowledgement of payment of fees and cost. |